AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Maui-Fresh International, Inc., et al.,

                    Plaintiffs,

      V.

All About Produce Acquisition, LLC, et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-00520-JCM-LRL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that default judgment be entered in favor of Maui-Fresh International, Inc. n/k/a Maui-Fresh International, LLC in the amount of $47,521.09, and in favor of Grimmway Enterprises Inc. d/b/a Grimmway Farms in the amount of $9,804.16, with interest to accrue on the judgments from the date of the judgment at the statutory rate.

IT IS FURTHER ORDERED AND ADJUDGED that default judgment be entered in favor of Monterey Mushrooms, Inc. in the amount of $18,353.60, with interest to accrue on the judgment from the date of the judgment at the statutory rate.

December 2, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk