# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PACIFIC SALES COMPANY, et al.,

    Plaintiffs,

v.

ALL ABOUT PRODUCE ACQUISITION, LLC, et al.,

    Defendants.

2:08-CV-1438 JCM (VCF)

**ORDER**

Presently before the court is the case of *Pacific Sales Company, et. al. v. All About Produce Acquisition, LLC, et. al.* (Case Number 2:08-cv-01438-JCM-VCF).

On December 1, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiffs that if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #43). To date, plaintiffs have not taken any further action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Pacific Sales Company, et. al. v. All About Produce Acquisition, LLC, et. al.* (Case Number 2:08-cv-01438-JCM-VCF) be, and the same hereby is, DISMISSED.

DATED January 4, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**